IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>          Plaintiff,                            )<br>                                                           )<br>          v.                                       )<br>                                                           )<br>THE STATE OF GEORGIA, et al.  )<br>                                                           )<br>                                                           )<br>          Defendants.                      )<br>_____ ) | CIVIL ACTION NO.<br>1:10-CV-249-CAP |

**<u>NOTICE OF UNITED STATES' FILING OF
STATUS CONFERENCE AGENDA</u>**

Pursuant to this Court's Order dated September 23, 2015 [ECF No. 209], the Parties jointly submitted an agenda for the non-evidentiary hearing that was originally scheduled on October 29, 2015 [ECF No. 211]. In that filing, the Parties notified the Court that they were engaged in dispute resolution process pursuant to Section VII.C-D of their Settlement Agreement [ECF No. 112].

Specifically, on September 23, 2015, the United States served State Defendants with a written notice of non-compliance, and State Defendants sent their written response on November 9, 2015. Since that time, the Parties—with full participation of the Amici—have conferred on several

occasions in an attempt to reach agreement on the areas of alleged non-compliance, or decide what issues should be presented to the Court for resolution (if any).  Those discussions are ongoing.

The United States wishes to proceed with the scheduled status conference, as anticipated in section VII.A.3. of the Settlement Agreement.  See Settlement Agreement, ECF No. 112, October 19, 2010, § VII.A.3.  That section specifies that the parties will notify the Court of the status of compliance at the five-year mark, or July 2015.  While the State has made significant progress in building a community based system of care for individuals with mental illness, it has struggled to comply with the provisions in the Agreement pertaining to individuals with developmental disabilities.  A number of the State's key structural initiatives are still in the planning stage or are being piloted in one or two regions, and not implemented throughout the State. Although the State is moving toward systemic reforms, its existing systems of care are flawed, and fail to keep many people safe.

The United States proposes the following agenda for the December 17 status conference:

1. **<u>Areas of Compliance</u>**

As reported by the Independent Reviewer, State Defendants have achieved compliance with the majority of the mental health provisions of the Agreement. State Defendants have made significant progress in building a community-based system of care for individuals with mental illness.

2. **<u>Areas of Non-Compliance</u>**

In each year of the Agreement, the Independent Reviewer has found the State to be out of compliance with key provisions of the Agreement affecting people with developmental disabilities. She has noted concerns with the quality of the placements including poorly planned transitions, ineffective case management (called support coordination in the Agreement), and failure to provide needed clinical services, particularly behavioral health and physical, nutritional management services. The areas of non-compliance fall into three general categories, which the Parties, with the participation of the Amici, are continuing to negotiate:

1) ensuring that individuals with developmental disabilities who have been transitioned to the community are receiving the services and supports they need to be safe, avoid harm, and be integrated in their communities;

2) ensuring that individuals currently in the State Hospitals are safely transitioned to the community; and

3) developing the capacity and a referral process to ensure that individuals with mental illness in the target population have access to needed supported housing.

3. **<u>Monthly Status Conferences</u>**

At the conclusion of the hearing, the United States respectfully requests that the Court schedule monthly status conferences in order for the parties to keep the Court informed of progress in the negotiations.

Respectfully submitted, this 11th day of December, 2015,

FOR THE UNITED STATES:

| | |
|---|---|
| JOHN A. HORN<br>United States Attorney<br>Northern District of Georgia | VANITA GUPTA<br>Principal Deputy Assistant<br>Attorney General |
| | EVE L. HILL<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| | JUDITH PRESTON<br>Acting Chief<br>Special Litigation Section |
| | MARY R. BOHAN<br>Deputy Chief<br>Special Litigation Section |
|   /s/ (Express Permission)  <br>AILEEN BELL HOUGHES<br>[GA 375505]<br>Assistant United States Attorney<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Spring Street, SW<br>Atlanta, GA  30303<br>Tel:  (404) 581-6302<br>Fax:  (404) 581-6163<br>Email:<br>Aileen.Bell.Hughes@usdoj.gov |   /s/ Katherine Houston  <br>KATHERINE HOUSTON [CA 224692]<br>REGAN BAILEY [WA 39142]<br>Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530<br>Tel:  (202) 307-0652<br>Fax:  (202) 514-0212<br>Email:<br>Katherine.Houston@usdoj.gov |

FOR THE STATE OF GEORGIA:

| | |
|---|---|
| SAMUEL S. OLENS<br>Attorney General<br>Georgia Bar No. 551540<br><br>DENNIS R. DUNN<br>Deputy Attorney General<br>Georgia Bar No. 234098<br><br>SHALEN S. NELSON<br>Senior Assistant Attorney General<br>Georgia Bar No. 636575<br><br>MARK J. CICERO<br>Assistant Attorney General<br>Georgia Bar No. 125686<br><br>JASON S. NAUNAS<br>Assistant Attorney General<br>Georgia Bar No. 142051<br><br>State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357<br>Facsimile: (404) 463-1062<br>Email: jnaunas@law.ga.gov | /s/ (Express Permission)<br>JAIME THERIOT<br>Special Assistant Attorney General<br>Georgia Bar No. 497652<br>Troutman Sanders LLP<br>5200 Bank of America Plaza<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308<br>Telephone: (404) 885-3534<br>Facsimile: (404) 962-6748<br>Email:<br>jaime.theriot@troutmansanders.com<br><br>/s/ (Express Permission)<br>JOSH BELINFANTE<br>Special Assistant Attorney General<br>Georgia Bar No. 047399<br>RobbinsLaw LLC<br>999 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Telephone: (678) 701-9381<br>Facsimile: (404) 601-6733<br>Email:<br>josh.belinfante@robbinslawllc.com |

**Local Rule 7.1D Certification**

By signature below, counsel certifies that the foregoing document was prepared in Century Schoolbook, 13-point font in compliance with Local Rule 5.1B.

        /s/ Katherine Houston
KATHERINE HOUSTON
Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2015, I electronically filed the **NOTICE OF UNITED STATES' FILING OF STATUS CONFERENCE AGENDA** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all of the attorneys of record.

/s/ Katherine Houston

KATHERINE HOUSTON