**Fieldstone Partnership, Inc.**

April 5, 2023

The Honorable U.S. District Judge Charles A. Pannell, Jr.
United States District Court
Suite 2367
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3361

Dear Judge Pannell:

Please find attached, for your approval, the March 2023 invoice for work in the <u>United States v. State of Georgia</u> case (Civil Action No.1:10-cv-249 CAP).

My monitoring work continues in preparation for the next Parties' meeting on April 28th and for my next report. I continue to receive very helpful support from the State and from the Department of Justice.

The Parties approved this invoice for submission and payment.

Respectfully Submitted,

Elizabeth Jones
Independent Reviewer

<u>United States v. Georgia</u>
March 2023 Invoice Summary

Independent Reviewer: $17,043.11

Consultants:

    Laura Nuss           $3,975.00
    Julene Hollenbach   $1,478.13

    Total Consultants:                    $5,453.13
                                                                     _____

Grand Total:                                     $22,496.24

_(signature)_

Independent Reviewer

# INVOICE

Fieldstone Partnership, Inc.   EIN 26-0879811

04/03/23

**United States v. Georgia**  
**Civil Action No. 1:10-CV-249-CAP**

Please address and mail check to:  
Fieldstone Partnership, Inc.  
608 Symphony Woods Dr.  
Silver Spring, MD 20901

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| | Professional Services: | | | |
| 03/01/23 | report preparation | 3.25 | 150.00 | 487.50 |
| 03/02/23 | report preparation, document review, telephone | 5 | 150.00 | 750.00 |
| 03/03/23 | report preparation, site visit preparation, document review | 5.75 | 150.00 | 862.50 |
| 03/06/23 | day rate for travel to Georgia, site visit preparation, document review, email, telephone | 8 | 150.00 | 1,200.00 |
| 03/07/23 | day rate for meeting, site visit, document review, telephone, email | 8 | 150.00 | 1,200.00 |
| 03/08/23 | day rate for site visit, meeting, email, telephone, travel home | 8 | 150.00 | 1,200.00 |
| 03/09/23 | telephone, conference call, email, document review | 2.5 | 150.00 | 375.00 |
| 03/10/23 | report preparation, email | 5 | 150.00 | 750.00 |
| 03/13/23 | document review, email | 3.75 | 150.00 | 562.50 |
| 03/14/23 | report preparation, document review, telephone | 7.75 | 150.00 | 1,162.50 |
| 03/15/23 | report preparation, document review, email | 7.25 | 150.00 | 1,087.50 |
| 03/16/23 | report preparation, conference call, email, document review | 8 | 150.00 | 1,200.00 |
| 03/17/23 | telephone, document review | 1.25 | 150.00 | 187.50 |
| 03/18/23 | telephone | 1.25 | 150.00 | 187.50 |
| 03/27/23 | review of critical incidents, document review, telephone, email | 3 | 150.00 | 450.00 |
| 03/28/23 | review of critical incidents, telephone, document review | 7.5 | 150.00 | 1,125.00 |
| | | | **Total** | |

# INVOICE

**Fieldstone Partnership, Inc.   EIN 26-0879811**

04/03/23

| | |
|---|---|
| **United States v. Georgia** | Please address and mail check to: |
| **Civil Action No. 1:10-CV-249-CAP** | Fieldstone Partnership, Inc. |
| | 608 Symphony Woods Dr. |
| | Silver Spring, MD 20901 |

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 03/29/23 | review of critical incidents, telephone, email, document review | 8 | 150.00 | 1,200.00 |
| 03/30/23 | review of critical incidents, telephone, email | 6.25 | 150.00 | 937.50 |
| 03/31/23 | review of critical incidents, telephone, document review | 7.25 | 150.00 | 1,087.50 |
| | Total Professional Services: | | | 16,012.50 |
| | Reimbursable Expenses: | | | |
| 03/06/23 | Transportation to BWI | | 60.00 | 60.00 |
| 03/06/23 | Airfare to/from Georgia | | 267.80 | 267.80 |
| 03/06/23 | MARTA one fare | | 2.50 | 2.50 |
| 03/06/23 | Hotel 3/6-3/8 | | 525.54 | 525.54 |
| 03/06/23 | Per Diem | | 36.00 | 36.00 |
| 03/07/23 | MARTA two fares | | 5.00 | 5.00 |
| 03/07/23 | Per Diem | | 36.00 | 36.00 |
| 03/08/23 | MARTA two fares | | 5.00 | 5.00 |
| 03/08/23 | Lyft BWI to home | | 56.77 | 56.77 |
| 03/08/23 | Per Diem | | 36.00 | 36.00 |
| | Total Reimbursable Expenses: | | | 1,030.61 |

Total  $17043.11

**TRANSPORTATION RECEIPT**

From: 608 Symphony Woods Drive, Silver Spring, MD 20901

To: BWI

Date: 3/6/23

Amount: $60.00

Driver Signature: Henry Okai-Ampetey



**Date of Purchase: Feb 23, 2023**

# Flight Receipt for Baltimore, MD to Atlanta, GA

**PASSENGER INFORMATION**

ELIZABETH JONES
SkyMiles Number: 9253928304

Confirmation Number: H7FKCY
Ticket Number: 0062366017922

**FLIGHT INFORMATION**

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| BWI>ATL<br>Mon 06Mar2023 DL 2590 | FLWN | X | |
| ATL>BWI<br>Wed 08Mar2023 DL 2643 | FLWN | X | |

**DETAILED CHARGES**

**Air Transportation Charges**
Base Fare: $221.40 USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY)   $11.20 USD
United States - Transportation Tax (US)   $16.60 USD
United States - Passenger Facility Charge (XF)   $9.00 USD
United States - Flight Segment Tax (ZP)   $9.60 USD

**Total Price:** $267.80 USD
Paid with Visa ************8944

**KEY OF TERMS**

\# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale



**THE GEORGIAN TERRACE** BY STHERLY
ATLANTA'S MODERN CLASSIC

| | |
|---|---|
| Ms. Elizabeth Jones | INFORMATION INVOICE |
| 800 N Orange Grove Ave | |
| Los Angeles CA 90046 | |
| United States | |

| | | |
|---|---|---|
| Room No. | : | 1508 |
| Arrival | : | 03-06-23 |
| Departure | : | 03-08-23 |
| Page No. | : | 1 of 2 |
| Folio No. | : | 27618 |
| Conf. No. | : | 91051473 |
| Cashier No. | : | 16 |
| Custom Ref. | : | |

Company Name   :
Group Name     :
Guest Name     :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-06-23 | AAA Rate | 206.00 | |
| 03-06-23 | Room Tax | 18.33 | |
| 03-06-23 | Occupancy Tax | 16.48 | |
| 03-06-23 | State Hotel-Motel Fee | 5.00 | |
| 03-06-23 | Historic Preservation Fee | 3.89 | |
| 03-07-23 | AAA Rate | 228.00 | |
| 03-07-23 | Room Tax | 20.29 | |
| 03-07-23 | Occupancy Tax | 18.24 | |
| 03-07-23 | State Hotel-Motel Fee | 5.00 | |
| 03-07-23 | Historic Preservation Fee | 4.31 | |
| 03-08-23 | Visa XXXXXXXXXXXX8944 XX/XX | | 525.54 |

|  |  |  |
|---|---|---|
| Total Charges | 525.54 | |
| Total Credits | | 525.54 |
| Balance | | 0.00 |

Merchant ID                                   Credit Card #          XXXXXXXXXXXX8944

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

The Georgian Terrace Hotel | 659 Peachtree Street NE | Atlanta, GA 30308
Telephone: (404) 897-1991 | Fax: (404) 724-9116 | Email: frontdesk@thegeorgianterrace.com
www.thegeorgianterrace.com

**From:** no-reply@lyftmail.com,
**To:** elzjns@aol.com,
**Subject:** Your ride with Raza on March 8
**Date:** Thu, Mar 9, 2023 2:39 pm



**MARCH 8, 2023 AT 4:58 PM**

# Thanks for riding with Raza!

| | |
|---|---|
| Lyft fare (27.38mi, 37m 58s) | $46.77 |
| Tip | $10.00 |

| | |
|---|---|
| VISA  Visa *8944 | $56.77 |



● **Pickup**  4:58 PM
107 Fuel Farm Rd, BWI Airport, MD

● **Drop-off**  5:36 PM
608 Symphony Woods Dr, Silver Spring, MD

**INVOICE**
**Fieldstone Partnership, Inc. Consultant**

Laura Nuss
1018 Pine Martin Rd
Beaufort, SC 29902

For work performed during March 2023
Georgia Document Review and Report Preparation

**PROFESSIONAL SERVICES:**

**Off-site work:**

| Date: | Description: | Hours: | Rate: | Amount: |
|---|---|---|---|---|
| 3/8/23 | Document review | 3.00 | $150.00 | $450.00 |
| 3/9/23 | Document review and report writing | 3.00 | $150.00 | $450.00 |
| 3/10/23 | Document review and report writing | 6.00 | $150.00 | $900.00 |
| 3/12/23 | Document review and report writing | 4.00 | $150.00 | $600.00 |
| 3/14/23 | Document review and report writing | 3.50 | $150.00 | $525.00 |
| 3/15/23 | Document review and report writing | 3.00 | $150.00 | $450.00 |
| 3/27/23 | Call with Elizabeth Jones | 1.00 | $150.00 | $150.00 |
| 3/30/23 | Document review and report writing | 3.00 | $150.00 | $450.00 |
|  |  |  | Total: | $3,975.00 |

Signature:   Laura L. Nuss              **GRAND TOTAL:   $3,975.00**
             _____/s/_____
Date:        3/31/23

| INVOICE | | | | |
|---|---|---|---|---|
| **Julene S. Hollenbach, RN, BSN, NE-BC - Independent Consultant** | | | | |
| | | | | |
| **Julene S. Hollenbach** | | | | |
| **1744 South Private Drive** | | | | |
| **Casa Grande, AZ  85194** | | | | |
| | | | | |
| **For work performed Off-site during March 2023** | | | | |
| | | | | |
| **PROFESSIONAL SERVICES:** | | | | |
| | | | | |
| Off-site work: | | | | |
| Date: | Description: | Hours: | Amount: | Rate |
| 3/1/23 | Report preparation | 2.50 | $ 343.75 | $137.50 |
| 3/2/23 | Review documents/reports | 1.00 | $ 137.50 | |
| 3/3/23 | Telephone follow-up calls to SCs | 1.50 | $ 206.25 | |
| 3/7/23 | Telephone calls (TC) and updating reports | 1.00 | $ 137.50 | |
| 3/9/23 | Report update | 1.00 | $ 137.50 | |
| 3/10/23 | Report updates & TC to SC | 1.25 | $ 171.88 | |
| 3/15/23 | Report updates & TC to SC | 1.50 | $ 206.25 | |
| 3/16/23 | Report upates & TC to SC | 1.00 | $ 137.50 | |
| | Total | **10.75** | **$1,478.13** | |
| | | | | |
| | | | | |
| | GRAND TOTAL: | | $1,478.13 | |
| | | | | |
| Signature: | Julene S. Hollenbach | | | |
| | _____/s/_____ | | | |
| | | | | |
| Date:  March 30, 2023 | | | | |