IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA, *et al.*,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>1:10-CV-249 |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

IT IS HEREBY ORDERED that Shalen S. Nelson is permitted to withdraw as counsel for the Defendants. The Clerk of Court shall remove Shalen S. Nelson as counsel of record. All other counsel of record shall remain as currently listed.

SO ORDERED, this 26th of December, 2023.

/s/ Charles A. Pannell, Jr.
Honorable Charles A. Pannell, Jr.
UNITED STATES DISTRICT JUDGE