UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF GEORGIA, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:10-CV-0249-CAP |

### **O R D E R**

This action is before the court on a motion for joinder by pro se litigant Jermaine Spence [Doc. No. 388]. In support of his motion, Mr. Spence cites Federal Rules of Civil Procedure 18 and 21 as well as 28 U.S.C. § 1651.

This is a closed civil action bought by the government against the State of Georgia. The matter was settled and has been closed for more than a decade. Thus, there is no basis for Mr. Spence to join this action as a party or to add claims to this matter. Accordingly, the motion for joinder [Doc. No. 388] is **DENIED**.

**SO ORDERED** this 20th day of June, 2024.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge