UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:10-CV-0249-TCB |

### **O R D E R**

Pursuant to this court's order of October 29, 2010 [Doc. No. 115], the Independent Reviewer has submitted the attached billing statement, which has been reviewed and approved by the parties. Accordingly, the Clerk is DIRECTED to make an interim payment to the Independent Reviewer, Elizabeth Jones, Fieldstone Partnership, Inc., 608 Symphony Woods Drive Silver Spring, Maryland 20901, in the amount of $8,491.69. This payment shall be made from the monies deposited by the State of Georgia into the Registry of the Court pursuant to Section VI(I)(2) of the court's October 29, 2010 order [Doc. No. 115].

**SO ORDERED** this 4th day of October, 2024.

_____
**Timothy C. Batten, Sr.**
**United States District Judge**