# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF GEORGIA, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 1:10-CV-249-ELR |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.1(E)(4), the undersigned counsel hereby files this notice of the withdrawal of Jelena Kolic as counsel for Plaintiff United States in this case. The United States will continue to be represented by Aileen Bell Hughes of the United States Attorney's Office in the Northern District of Georgia, Atlanta Division, who has already filed a Notice of Appearance in this case.

Respectfully submitted, this 22nd day of September, 2025.

FOR THE UNITED STATES:

　　*/s/ Jelena Kolic*
Jelena Kolic (IL Bar ARDC. No. 6327964)
Trial Attorney
United States Department of Justice
Civil Rights Division - Special Litigation
Section 150 M Street, NE, Suite 10.133
Washington, DC  20530
Telephone: 202-718-4400; Fax:  202-514-0210
Email: Jelena.Kolic@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically with the Clerk of the Court and served on all parties of record by operation of the Court's CM/ECF system.

I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1.

This 22nd day of September, 2025.

                                              */s/ Jelena Kolic*
                                              JELENA KOLIC (IL Bar ARDC No. 6327964)
                                              Trial Attorney
                                              United States Department of Justice